```
                              United States Bankruptcy Court
                                   District of Arizona
In re:                                                           Case No. 12-00701-BKM
RICHARD ANTONIO RUEDA DELEON                                     Chapter 13
VICTORIA ANN RUEDA DELEON
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0970-2       User: schriste              Page 1 of 6          Date Rcvd: Apr 22, 2016
                           Form ID: pdf011             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2016.
db/jdb       +RICHARD ANTONIO RUEDA DELEON,   VICTORIA ANN RUEDA DELEON,   15368 WEST WESTVIEW DRIVE,
               GOODYEAR, AZ 85395-8293
aty          +EDWARD 7 MANEY,   101 N. FIRST AVE SUITE 1775,   PHOENIX, AZ 85003-1927
cr           +COMMUNITY LEGAL SERVICES,   305 South Second Avenue,   Phoenix, AZ 85003-2402
cr          ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC.,   PO Box 630267,   Irving, TX  75063)
11219201      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
11317631     +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
11103611     +Department Stores National Bank/Macys,   Bankruptcy Processing,   Po Box 8053,
               Mason, OH 45040-8053
11726488     +FEDERICO AGUILAR MURILLO ET AL.,   C/O MARNI WILLENSON - FARMWORKER JUSTICE,
               4064 N. LINCOLN AVE. STE. 359,   Chicago, IL 60618-3038
11373805    +++NATIONSTAR MORTGAGE LLC,   PO BOX 61906,   DALLAS, TX 75261-9741
11090256      SANTANDER CONSUMER USA,   P.O. BOX 560284,   DALLAS, TX 75356-0284
11129090      Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,   Cedar Rapids, Iowa 52408-8026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/Text: bankruptcy.bnc@gt-cs.com Apr 23 2016 00:02:04     GREEN TREE SERVICING LLC,
               PO BOX 6154,   RAPID CITY, SD  57709-6154
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 23 2016 00:05:00
               PRA Receivables Management, LLC As Agent of Portfo,    POB 41067,   Norfolk, VA 23541-1067
11152561     +E-mail/Text: ally@ebn.phinsolutions.com Apr 23 2016 00:01:13    Ally Financial,
               c/o Ally Servicing LLC,   P.O. Box 130424,   Roseville, MN 55113-0004
11079505     +E-mail/Text: BKBNCNotices@ftb.ca.gov Apr 23 2016 00:03:29    CALIFORNIA STATE FRANCHISE BOARD,
               BANKRUPTCY SECTION MS A340,   FRANCHISE TAX BOARD,   P.O. BOX 2952,
               SACRAMENTO, CA 95812-2952
11273386     +E-mail/Text: bncmail@w-legal.com Apr 23 2016 00:02:32    Candica, LLC,
               c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
12573228     +E-mail/Text: bankruptcy.bnc@gt-cs.com Apr 23 2016 00:02:04     Green Tree Servicing LLC,
               P O Box 0049,   Palatine, IL 60055-0001
11079567      E-mail/Text: cio.bncmail@irs.gov Apr 23 2016 00:01:53    INTERNAL REVENUE SERVICE,
               P.O. BOX 7346,   Philadelphia PA 19101-7346
13030833      E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 23 2016 00:02:39    JEFFERSON CAPITAL SYSTEMS LLC,
               PO BOX 7999,   ST CLOUD MN 56302
11141120     +E-mail/Text: BKRMailOps@weltman.com Apr 23 2016 00:02:30    KeyBank N.A.,
               c/o Weltman, Weinberg & Reis,   323 W. Lakeside Avenue, Suite 200,
               Cleveland, Ohio 44113-1009
11174317     +E-mail/Text: bncmail@w-legal.com Apr 23 2016 00:02:35    OAK HARBOR CAPITAL IV, LLC,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
11281331      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 23 2016 00:04:13
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
12222756     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 23 2016 00:04:12
               PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
                                                                                           TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Abelino Macias Nunez
cr           Abraham Esquivel
cr           Adelaido Castro Ruiz
cr           Alberto Miranda Haros
cr           Alejandro Duarte
cr           Alfonso Gomez
cr           Alfredo Avalos Barron
cr           Amador Albe Cervantes-Sandoval
cr           Antonio Fuentez Zamudio
cr           Antonio Mendoza Madrid
cr           Antonio Ramirez Soto
cr           Antonio Rubio
cr           Armando Arzate Carrillo
cr           Armando B Pimienta
cr           Armando Pena Quinonez
cr           Arturo Salgado Bahena
cr           Aurelio Quinonez Armenta
cr           Austroheberto Miranda Miranda
cr           BANK OF AMERICA, N.A.
cr           Baldemar Bedolla Bedolla
cr           Baldomero Corona-Ruiz
cr           Baltazar Moreno Jurado
cr           Bank of America, N.A., Successor by Merger to BAC
cr           Carlos Palacios
cr           Casimiro Lopez Medina
cr           Cesar Arce Insunza
cr           Cipriano Crispin Mendez
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
 cr             Cornelio Nunez Gonzalez
 cr             Crisonogo Miranda-Lopez
 cr             David Beltran Miranda
 cr             Demetrio Nerez Pina
 cr             Diego Delgado Torres
 cr             Eleuterio Vega Gil
 cr             Emiliano Parra
 cr             Enrique Paredes Ruiz
 cr             Enrique Velarde Acosta
 cr             Ernesto Herrera Luna
 cr             Facundo Quinonez
 cr             Federico Aguilar Murillo
 cr             Federico Velazquez
 cr             Felix Nunez Rios
 cr             Fernando Duarte Ochoa
 cr             Fernando Linares-Sanchez
 cr             Florencio Rojo Pacheco
 cr             Florencio Rojo Torres
 cr             Florentino Castro Ramirez
 cr             Francisco Cervantes Gil
 cr             Francisco Duarte Rascon
 cr             Francisco Ledesma
 cr             Francisco Leon-Torres
 cr             Francisco Toledo Garcia
 cr             Gabriel Vargas Avila
 cr             Genoveva M Gonzalez
 cr             Gerardo Olivarez Hernandez
 cr             Gloria E Gonzalez
 cr             Gonzala Nunez
 cr             Gonzalo Tapia Haro
 cr             Graciela Reyes-Medina
 cr             Guadalupe Espinoza Vargas
 cr             Guadalupe Valle Luque
 cr             Gumercindo Arroyo-Camacho
 cr             Gustavo Zerega Espinoza
 cr             Harold Appling
 cr             Heriberto Espinoza Vargas
 cr             Hermelinda C Torres Herrera
 cr             Hilario Mesa-Sedano
 cr             Humberto Hernandez Sabori
 cr             Isidro Martinez
 cr             Jacobo Bobadilla German
 cr             Jaime Rauno-Lomeli
 cr             Javier Rendon Aguilera
 cr             Jesus A Miranda Haros
 cr             Jesus Cervantes Sandoval
 cr             Jesus G Luque
 cr             Jesus M Gaxiola
 cr             Jesus Medina Uriarte
 cr             Jesus Melendrez Prieto
 cr             Jesus Navarrete Arambula
 cr             Jesus Penunuri
 cr             Joaquin Cordova Martinez
 cr             Jorge L Trejo Gonzalez
 cr             Jose Arellano Juarez
 cr             Jose Botello-Avila
 cr             Jose Chavez Gomez
 cr             Jose Contreras Moroyoqui
 cr             Jose Delgado Marias
 cr             Jose G Gaxiola
 cr             Jose L Sanchez Salas
 cr             Jose Luis Ramos
 cr             Jose M Segura-Sandoval
 cr             Jose Maria Sepulveda
 cr             Jose Nunez Avila
 cr             Jose R Cazares Aguilar
 cr             Jose Valdez-Acosta
 cr             Jose Vazquez Huerta
 cr             Jose Villegas Garcia
 cr             Josefa Alvarez de Meza
 cr             Josefina Cuara Aguilar
 cr             Juan Escalante Carrillo
 cr             Juan F Beltran Soto
 cr             Juan M Ramirez-Garcia
 cr             Juan Rodriguez-Orozco
 cr             Juan Sanchez Huerta
 cr             Juan Villa Parra
 cr             Julian Millan Rochin
 cr             Julian Torres Corona
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
cr              Leopoldo Zamora Aguilera
cr              Lino J Lopez-Figueroa
cr              Lorenzo Hernandez
cr              Lucia Franco
cr              Luciano Franco
cr              Luis A Montanez
cr              Luis F Valdez Duran
cr              Luis M Llamas Leon
cr              Luis Rojo Pacheco
cr              Luis Trejo-Lopez
cr              Magdaleno Isais Casa
cr              Manuel Zamora Sanchez
cr              Marco A Pacheco Valdez
cr              Marcos Amezcua
cr              Marcos Antonio Cabrera-Garcia
cr              Maria A Miranda
cr              Maria Bustos Cruz
cr              Maria E Sandoval Bojorquez
cr              Maria I Gonzalez
cr              Mariano Gonzalez Espinoza
cr              Mario Castro Mora
cr              Mario Hernandez Hernandez
cr              Martin Arturo Lopez
cr              Martin Santos
cr              Mauro German Sanchez
cr              Miguel Angel Rapan
cr              Miguel Rodriguez-Ramirez
cr              Miguel Sanchez Huerta
cr              Modesto Placencia
cr              Nationstar Mortgage LLC
cr              Octavio Caldera
cr              Octavio Serrano
cr              Orne Meza-Felix
cr              Pedro Angulo
cr              Pedro Colino Vaquero
cr              Peregrino De La Rosa Toledo
cr              Rafael Beltran Nunez
cr              Rafael Gil Soto
cr              Ramon I Rodriguez-Rubio
cr              Ramon Moreno-Gutierrez
cr              Raul Avila Almanza
cr              Raul Garcia
cr              Recovery Management Systems Corporation
cr              Rey David Medina Bojorquez
cr              Reynaldo Guerra Jimenez
cr              Rito Luque Luque
cr              Rodrigo Placencia Contreras
cr              Rosa A Gaxiola
cr              Rosario E Chinchillas
cr              Rosario M Santos
cr              Ruben Luna Ramirez
cr              Ruben Sanchez
cr              Sabas J Hernandez Muniz
cr              Salvador Raygoza
cr              Santiago Arzate Carrillo
cr              Saul Gonzalez de Leon
cr              Sergio Amezcua
cr              Sergio Felix-Prado
cr              Sergio Magana Villicana
cr              Teodoro Loya-Carrillo
cr              Tomas Hernandez
cr              Trinidad Medina
cr              U.S. Bank National Association as Trustee for Harb
cr              Uriel Santos
cr              Vicente Briceno Farias
cr              Vicente Zamudio Trujillo
cr              Victor M Valenzuela
cr              Victor Villanueva
cr*            +Candica, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave.,   Ste. 400,
                 Seattle, WA 98121-3132
cr*             Green Tree Servicing LLC,   PO BOX 0049,   Palatine, IL  60055-0049
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,
                 ST CLOUD, MN  56302-9617)
11219202*       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
12573148*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
                 Lewisville, TX 75067)
                                                                                    TOTALS: 174, * 5, ## 0
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2016                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2016 at the address(es) listed below:

```
          BRADLEY S. GELDER    on behalf of Creditor Modesto  Placencia bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Jesus M Gaxiola bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Francisco  Ledesma bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Maria  Bustos Cruz bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Jose  Nunez Avila bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Rosario M Santos bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Lino J Lopez-Figueroa bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Antonio  Rubio bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Luis A Montanez bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Amador Albe Cervantes-Sandoval bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Magdaleno  Isais Casa bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Sergio  Amezcua bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Lucia  Franco bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Baltazar  Moreno Jurado bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Jose L Sanchez Salas bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Jorge L Trejo Gonzalez bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Victor  Villanueva bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Trinidad  Medina bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Jesus  Melendrez Prieto bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Gonzalo  Tapia Haro bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Jose R Cazares Aguilar bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Octavio  Serrano bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Humberto  Hernandez Sabori bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Ruben  Sanchez bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Ernesto  Herrera Luna bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Sergio  Magana Villicana bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Jesus  Navarrete Arambula bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Jose G Gaxiola bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Martin  Santos bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Victor M Valenzuela bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Julian  Millan Rochin bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Jose  Chavez Gomez bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Demetrio  Nerez Pina bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Josefina  Cuara Aguilar bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Jose M Segura-Sandoval bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Mauro  German Sanchez bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Rito  Luque Luque bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Baldomero  Corona-Ruiz bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Jose  Arellano Juarez bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Enrique  Paredes Ruiz bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Francisco  Cervantes Gil bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Genoveva M Gonzalez bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Hermelinda C Torres Herrera bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Harold  Appling bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Guadalupe  Espinoza Vargas bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Juan  Sanchez Huerta bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Jose  Villegas Garcia bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Alfonso  Gomez bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Maria E Sandoval Bojorquez bgelder@clsaz.org
          BRADLEY S. GELDER    on behalf of Creditor Jesus  Penunuri bgelder@clsaz.org
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              BRADLEY S. GELDER    on behalf of Creditor Eleuterio  Vega Gil bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Fernando  Duarte Ochoa bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Luis M Llamas Leon bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Jesus G Luque bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Gerardo   Olivarez Hernandez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Armando  Pena Quinonez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Julian  Torres Corona bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Facundo  Quinonez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Sabas J Hernandez Muniz bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Ramon I Rodriguez-Rubio bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Gumercindo  Arroyo-Camacho bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Ramon  Moreno-Gutierrez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Heriberto  Espinoza Vargas bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Antonio  Ramirez Soto bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Santiago  Arzate Carrillo bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Arturo  Salgado Bahena bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Jose  Contreras Moroyoqui bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Alejandro  Duarte bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Ruben  Luna Ramirez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Martin Arturo Lopez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor    COMMUNITY LEGAL SERVICES bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Vicente  Zamudio Trujillo bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Tomas  Hernandez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Raul  Avila Almanza bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Mario  Hernandez Hernandez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Rafael   Beltran Nunez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Jose Maria Sepulveda bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Jesus   Medina Uriarte bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Manuel  Zamora Sanchez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Octavio  Caldera bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Miguel Angel Rapan bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Rosa A Gaxiola bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Guadalupe  Valle Luque bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Mario  Castro Mora bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Cipriano  Crispin Mendez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Fernando  Linares-Sanchez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Crisonogo  Miranda-Lopez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Francisco  Toledo Garcia bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Felix  Nunez Rios bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Leopoldo  Zamora Aguilera bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Baldemar  Bedolla Bedolla bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Lorenzo  Hernandez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Enrique  Velarde Acosta bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Maria I Gonzalez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Casimiro  Lopez Medina bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Federico  Aguilar Murillo bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Armando B Pimienta bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Austroheberto  Miranda Miranda bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Sergio  Felix-Prado bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Rodrigo  Placencia Contreras bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Raul  Garcia bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Jacobo  Bobadilla German bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Luciano  Franco bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Teodoro  Loya-Carrillo bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Cornelio  Nunez Gonzalez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Orne  Meza-Felix bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Mariano  Gonzalez Espinoza bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Jaime  Rauno-Lomeli bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Maria A Miranda bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Juan F Beltran Soto bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Diego  Delgado Torres bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Aurelio  Quinonez Armenta bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Alberto  Miranda Haros bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Luis  Trejo-Lopez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Abelino  Macias Nunez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Uriel  Santos bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Miguel  Sanchez Huerta bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Miguel  Rodriguez-Ramirez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Cesar  Arce Insunza bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Abraham  Esquivel bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Jose Luis Ramos bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Joaquin  Cordova Martinez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Jose  Valdez-Acosta bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Emiliano  Parra bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Juan M Ramirez-Garcia bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Javier  Rendon Aguilera bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Marco A Pacheco Valdez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Salvador  Raygoza bgelder@clsaz.org
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              BRADLEY S. GELDER    on behalf of Creditor Adelaido  Castro Ruiz bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Florencio  Rojo Pacheco bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Josefa  Alvarez de Meza bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Pedro Colino Vaquero bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Graciela  Reyes-Medina bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Gustavo  Zerega Espinoza bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Federico  Velazquez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Reynaldo  Guerra Jimenez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Rey David Medina Bojorquez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Francisco  Duarte Rascon bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Juan  Escalante Carrillo bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Luis F Valdez Duran bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Jose  Vazquez Huerta bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Juan  Rodriguez-Orozco bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Marcos  Amezcua bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Florentino  Castro Ramirez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor David  Beltran Miranda bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Isidro  Martinez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Jose  Botello-Avila bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Rafael  Gil Soto bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Jesus   Cervantes Sandoval bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Antonio  Mendoza Madrid bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Jose  Delgado Marias bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Vicente  Briceno Farias bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Gloria E Gonzalez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Rosario E Chinchillas bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Hilario  Mesa-Sedano bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Saul  Gonzalez de Leon bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Marcos Antonio Cabrera-Garcia bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Francisco  Leon-Torres bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Alfredo  Avalos Barron bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Juan  Villa Parra bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Antonio  Fuentez Zamudio bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Jesus A Miranda Haros bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Peregrino  De La Rosa Toledo bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Florencio  Rojo Torres bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Armando  Arzate Carrillo bgelder@clsaz.org
              BRADLEY E. GELDER    on behalf of Creditor Luis  Rojo Pacheco bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Gonzala  Nunez bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Pedro  Angulo bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Gabriel  Vargas Avila bgelder@clsaz.org
              BRADLEY S. GELDER    on behalf of Creditor Carlos  Palacios bgelder@clsaz.org
              EDWARD J. MANEY    courtecf@maney13trustee.com
              GERARD R O'MEARA    on behalf of Creditor    U.S. Bank National Association as Trustee for
               Harborview 2006-4 Trust Fund, gromeara@gustlaw.com,   vbennett@gustlaw.com
              HAROLD 1 CAMPBELL    on behalf of Joint Debtor VICTORIA ANN RUEDA DELEON heciii@haroldcampbell.com,
               vanessa@haroldcampbell.com;nicole@haroldcampbell.com;john@haroldcampbell.com;vincent@haroldcampbe
               ll.com;halatty@yahoo.com;atty_mayr@bluestylus.com
              HAROLD 1 CAMPBELL    on behalf of Debtor RICHARD ANTONIO RUEDA DELEON heciii@haroldcampbell.com,
               vanessa@haroldcampbell.com;nicole@haroldcampbell.com;john@haroldcampbell.com;vincent@haroldcampbe
               ll.com;halatty@yahoo.com;atty_mayr@bluestylus.com
              HAROLD 2 CAMPBELL    on behalf of Debtor RICHARD ANTONIO RUEDA DELEON heciii@haroldcampbell.com,
               kelly@haroldcampbell.com;vanessa@haroldcampbell.com;vincent@haroldcampbell.com;nicole@haroldcampb
               ell.com;john@haroldcampbell.com;halatty@yahoo.com;atty_mayr@bluestylus.com
              HAROLD 2 CAMPBELL    on behalf of Joint Debtor VICTORIA ANN RUEDA DELEON heciii@haroldcampbell.com,
               kelly@haroldcampbell.com;vanessa@haroldcampbell.com;vincent@haroldcampbell.com;nicole@haroldcampb
               ell.com;john@haroldcampbell.com;halatty@yahoo.com;atty_mayr@bluestylus.com
              HAROLD E. CAMPBELL    on behalf of Plaintiff VICTORIA ANN RUEDA DELEON heciii@haroldcampbell.com,
               kelly@haroldcampbell.com;vanessa@haroldcampbell.com;nicole@haroldcampbell.com;john@haroldcampbell
               .com;halatty@yahoo.com;vincent@haroldcampbell.com;atty_mayr@bluestylus.com
              HAROLD E. CAMPBELL    on behalf of Plaintiff RICHARD ANTONIO RUEDA DELEON
               heciii@haroldcampbell.com,
               kelly@haroldcampbell.com;vanessa@haroldcampbell.com;nicole@haroldcampbell.com;john@haroldcampbell
               .com;halatty@yahoo.com;vincent@haroldcampbell.com;atty_mayr@bluestylus.com
              LEONARD J. MCDONALD, JR.    on behalf of Creditor    BANK OF AMERICA, N.A. ecf@tblaw.com
              LEONARD J. MCDONALD, JR.    on behalf of Creditor    Bank of America, N.A., Successor by Merger to
               BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP, ecf@tblaw.com
              LEONARD J. MCDONALD, JR.    on behalf of Creditor    U.S. Bank National Association as Trustee for
               Harborview 2006-4 Trust Fund, ecf@tblaw.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 182
```

Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, Arizona 85003
Telephone: (602)277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: <br>     RICHARD ANTONIO RUEDA DELEON <br><br>     VICTORIA ANN RUEDA DELEON <br><br>                           Debtor(s) | In Proceedings Under Chapter 13 <br><br> CASE NO. 2: 12-00701-BKM <br><br> TRUSTEE'S MOTION TO DISMISS |

    Now comes, Edward J. Maney, the Trustee in the above captioned Chapter 13 Proceeding, and states that the Debtor(s) failed to respond to the Trustee's request for corrective action.

    The Stipulated Order Confirming the Plan required Debtor to turnover 2012, 2013, 2014 State and Federal Tax Returns and Refunds to the Trustee within 30 days of filing and/or receipt of such refunds. As of the date, of this Motion Debtor has failed to comply with the tax refund requirement as required by the Stipulated Order Conforming the Plan. To date, Debtor(s) is/are $1500.00 delinquent on plan payments. To date, no Motion to Extend Time to comply has been filed resolve these issues.

    The Trustee will lodge an order dismissing this case unless the Debtor(s) does (do) one of the following within 30 days of the mailing of this motion.

    (a)    Resolves the issues/discrepancies listed above

        (b)    Requests a hearing to resolve the issues/discrepancy listed above

        (c)    Debtor(s) files with the Court and serves a copy on the Trustee, an Amended/Modified Plan to resolve the issues/discrepancies listed above.

    If dismissed, the Trustee will make a final report of his receipts and disbursements and request that the Court allow payment of the Trustee's expenses from the funds on hand.

    Dated: See Electronic Signature

                            EDWARD J. MANEY, CHAPTER 13 TRUSTEE

By: *Edward J. Maney, Esq.*    Digitally signed by Edward J. Maney, Esq. Date: 2016.04.21 13:14:41 -07'00'

                            Edward J. Maney ABN 12256
                            CHAPTER 13 TRUSTEE
                            101 North First Ave., Suite 1775
                            Phoenix, Arizona 85003
                            (602) 277-3776
                            ejm@maney13trustee.com

CERTIFICATE OF MAILING FOR CASE NO. 2: 12-00701-BKM

Copies of the foregoing mailed (see electronic signature below) to the following:

RICHARD ANTONIO RUEDA DELEON
15368 WEST WESTVIEW DRIVE
GOODYEAR, AZ. 85395

VICTORIA ANN RUEDA DELEON
15368 WEST WESTVIEW DRIVE
GOODYEAR, AZ. 85395

Attorney for Debtor (s):
Harold E. Campbell, Esq.
1811 S. Alma School Rd.
Suite #225
Mesa, AZ. 85210-

*Jackie Garcia*
Digitally signed by Jackie Garcia
Date: 2016.04.21 15:52:24 -07'00'

_____
Trustee's Clerk